United States District Court
Southern District of Texas
**ENTERED**
June 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ORKHAN GARAJAYEV, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL NO. 4:26-cv-2652 |
| JOSEPH B. EDLOW, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | § § § § | |
| Defendants. | § § § | |

## ORDER

The Court has considered the Defendants' Unopposed Motion for Extension of Time to File an Answer or Other Responsive Pleading and enters the following order:

Defendants have until September 10, 2026 to file an answer or other response.

The Initial Conference is reset to September 23, 2026 at 2:30 p.m.

It is so ORDERED.

Signed on June 10, 2026 at Houston, Texas.

_____
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE