United States District Court
Southern District of Texas
**ENTERED**
September 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ORKHAN GARAJAYEV, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. 4:26-cv-2652 |

**ORDER**

The Court has considered the Defendants' Second Unopposed Motion for Extension of Time to File an Answer or Other Responsive Pleading and enters the following order:

Defendants have until November 9, 2026 to file an answer or other response.

The Initial Conference is reset to November 18, 2026 at 2:30 p.m.

It is so ORDERED.

Signed on September 18, 2026 at Houston, Texas.

HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE